IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MILLER                                               PLAINTIFF

v.                            No. 3:19-cv-326 DPM

TRISH MARSHEL, Assistant Jail
Administrator, Poinsett County
Detention Center; DOYLE RAMEY,
Jail Supervisor, PCDC; ALEX
EDMAND, Officer/Jailer, PCDC                                    DEFENDANTS

## JUDGMENT

Miller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2020